UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
       :
MINDY COLLETTE, individually and   :
on behalf of all others similarly situated,   :
       :
       Plaintiff,   :   22-CV-9438 (VSB)
       :
   -against-   :   **ORDER**
       :
DEMERT BRANDS, LLC,   :
       :
       Defendant.   :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On November 23, 2022, Defendant DeMert Brands, LLC filed a motion to stay this case pending a decision from the Judicial Panel on Multidistrict Litigation, ("JPML"), regarding consolidation of this and related actions before a single district court for pretrial proceedings, ("Motion to Stay"), (Docs. 5–7). Defendant's counsel filed an affidavit in support of the Motion to Stay. (Doc. 7.) The affidavit describes the contents of documents labeled Exhibits 1–8, but there are no exhibits attached. Accordingly, it is hereby

      ORDERED that by December 1, 2022, Defendant refile the Declaration of Michael L. Yaeger in support of Defendant's Motion to Stay to include the referenced exhibits 1 through 8.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge