UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
MINDY COLLETTE, individually and on :
behalf of all others similarly situated, :
:
                       Plaintiff, :        22-CV-9438 (VSB)
:
        -against- :        **ORDER**
:
DEMERT BRANDS, LLC, :
:
                       Defendant. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On November 23, 2022, Defendant DeMert Brands, LLC filed a motion to stay this case pending a decision from the Judicial Panel on Multidistrict Litigation, ("JPML"), regarding consolidation of this and related actions before a single district court for pretrial proceedings, ("Motion to Stay"), (Docs. 5–7).[1]  Accordingly, it is hereby

       ORDERED that by December 9, 2022, Plaintiff file a letter indicating whether they plan to object to Defendant's Motion to Stay this action.

       IT IS FURTHER ORDERED that all current deadlines are stayed pending the resolution of the Motion to Stay.

SO ORDERED.

Dated:  December 6, 2022
          New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge

---

[1] After ordering Defendant to file an updated affidavit in support of the Motion to Stay with the referenced exhibits, (Doc. 8), Defendant cured the deficient filing on November 29, 2022, (Doc. 9.)